IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BILLY GRIFFITH, :

    Plaintiff, :

                                  Case No. 3:09cv00213

vs. :

                                  District Judge Walter Herbert Rice

CAROLYN W. COLVIN, : Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #25), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on December 17, 2014 (Doc. #25) is adopted in full;

2. Plaintiff's Attorney's Motion For An Award Of Attorney Fees Under 42 U.S.C. §406(b) (Doc. #24) is GRANTED;

3. The Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $13,000.00;

4. Plaintiff's counsel is directed to reimburse Plaintiff the amount of previously awarded EAJA fees, totaling $3,000.00; and

5. The case remains terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge